IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRANCE D. EDWARDS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 1:17cv850-WHA |
| | ) |
| RONALD E. NELSON, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

On January 24, 2018, the Magistrate Judge filed a Recommendation (Doc. # 5) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED; and

(2) This case is DISMISSED without prejudice for the Petitioner's failure to comply with the orders of this court

A separate final judgment will be entered.

DONE this 20th day of February, 2018.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE